UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO MARTINEZ-COSTA, | No.  2:19-cv-2597 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| M. PALLARES, | |
| Respondent. | |

Petitioner requested an extension of time to file objections to the findings and recommendations filed on December 17, 2021.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Petitioner's request for an extension of time (ECF No. 18) is granted; and

2.  Petitioner shall file objections to the findings and recommendations on or before February 12, 2022.

Dated:  January 19, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mart2597.111