UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO MARTINEZ-COSTA,<br><br>    Petitioner,<br><br>  v.<br><br>M. PALLARES,<br><br>    Respondent. | No. 2:19-cv-2597 KJM KJN P<br><br><br>ORDER |

  Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On December 17, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner was granted an extension of time, and filed objections to the findings and recommendations. Respondent did not file a reply.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 17, 2021, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied;

3. This clerk of court is directed to close this case; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: March 30, 2023.

_____<br>CHIEF UNITED STATES DISTRICT JUDGE

2